# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. G22-20337-JRS |
| | : | |
| WILLIAM VIRGIL STANFIELD | : | CHAPTER 13 |
| Debtor(s). | : | |
| | : | |
| | : | |
| NANCY WHALEY, TRUSTEE | : | CONTESTED MATTER |
| Movant(s), | : | |
| v. | : | |
| | : | |
| WILLIAM VIRGIL STANFIELD | : | |
| Respondant(s), | : | |

## **MOTION TO DISMISS**

COMES NOW Nancy J. Whaley, Standing Chapter 13 Trustee, in the above styled case, and respectfully shows the Court as follows:

1.

Debtor filed a petition for relief under Chapter 13 of Title 11.

2.

Debtor's plan will exceed sixty (60) months by nine (9) months in violation of 11 U.S.C. Sections 1322(d)(2)(c) and 1307(c).

Wherefore, the Trustee prays that this case be dismissed or in alternative that the Debtor proposes a modification to meet the requirements of the confirmed plan that ensures that the plan is completed within the allowable time.

This the 4th day of April, 2024.

/s/_____
Lisa B. Burnette
Attorney for the Chapter 13 Trustee
State Bar No. 096192
303 Peachtree Center Avenue, NE - Suite 120
Atlanta, GA 30303
678-992-1201
lburnette@njwtrustee.com

1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. G22-20337-JRS |
| | : | |
| **WILLIAM VIRGIL STANFIELD** | : | **CHAPTER 13** |
| Debtor(s). | : | |
| | : | |
| | : | |
| | : | **CONTESTED MATTER** |
| **NANCY WHALEY, TRUSTEE** | : | |
| Movant(s), | : | |
| v. | : | |
| | : | |
| **WILLIAM VIRGIL STANFIELD** | : | |
| Respondant(s), | : | |

**NOTICE OF HEARING ON TRUSTEE'S MOTION TO DISMISS**

*NANCY J. WHALEY* has filed a *Motion to Dismiss* on *April 04, 2024*. A hearing on the pleading has been scheduled for *May 14, 2024*. The Court will hold a hearing on the **Motion to Dismiss** at **10:00 AM** on **05/14/2024** in **Courtroom 103, United States Courthouse, 121 Spring Street, SE, Gainesville, GA, 30501** which may be attended in person or via the Court's Virtual Hearing Room. You may join the Virtual Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, *www.ganb.uscourts.gov*, or the link on the judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing. You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including address) you served the response. Mail or deliver your response so that it is received by the Clerk at least two (2) business days before the hearing. The address of the

2

Clerk's Office is **Clerk, U.S. Bankruptcy Court, 121 Spring Street SE, Room 120 Gainesville, GA 30501.**

You must also mail a copy of your response to the undersigned at the address stated below.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

Dated: April 04, 2024

Respectfully submitted,

/s/_____
   Lisa B. Burnette
   Attorney for the Chapter 13 Trustee
   State Bar No. 096192
   303 Peachtree Center Avenue, NE - Suite 120
   Atlanta, GA 30303
   678-992-1201
   lburnette@njwtrustee.com

# CERTIFICATE OF SERVICE

Case No: G22-20337-JRS

I hereby certify that on the 4th day of April, 2024, I electronically filed the foregoing Chapter 13 Trustee's Motion to Dismiss using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program.

Debtor Attorney: KELLEY & CLEMENTS LLP

I further certify on this day I caused a copy of this document to be served via first-class United States mail postage prepaid on the following parties at the address shown for each.

WILLIAM VIRGIL STANFIELD
4433 OAK CREEK DRIVE
GAINESVILLE, GA  30506


Dated: April 04, 2024


/s/_____
Lisa B. Burnette
Attorney for the Chapter 13 Trustee
State Bar No. 096192
303 Peachtree Center Avenue, NE - Suite 120
Atlanta, GA 30303
678-992-1201
lburnette@njwtrustee.com